IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES MCGONNIGAL and BRIAN F. SPECTOR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:17-cv-03422-WSD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY AND IN SUPPORT OF DEFENDANT'S ALTERNATIVE REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

On September 7, 2018 Plaintiffs James McGonnigal and Brian F. Spector ("Plaintiffs") filed this action against Defendant Equifax Inc. ("Equifax") relating to the massive data breach announced by Equifax on September 7. *See* Doc. 1. On September 11, 2017, Plaintiffs, together with Randolph Jefferson Cary III, William R. Porter, and Robin D. Porter, plaintiffs in the case styled *Cary, et al. v. Equifax, Inc.,* U.S. District Court for the Northern District of Georgia, Case No. 1:17-cv-03433-AT, jointly filed a motion for transfer of actions to the Northern District of

Georgia and for consolidation pursuant to 28 U.S.C. § 1407 before the Judicial Panel on Multidistrict Litigation (JPML). *See* Doc. 4. The *McGonnigal* and *Cary* actions are the first filed cases related to the Equifax data breach in this District.

On September 29, 2017, Equifax filed a motion to stay all proceedings and deadlines in this action pending resolution of the motions for transfer and consolidation before the JPML, or, in the alternative, for an extension of time to respond to the Complaint. *See* Doc. 13. For the reasons set forth below, Plaintiffs respectfully request that the Court deny Equifax's motion to stay and grant its alternative request for an extension of time to respond to the Complaint.

Plaintiffs acknowledge that over 200 actions have been filed nationwide relating to the Equifax breach, including more than 50 cases within this District. For that reason, Counsel for Plaintiffs and Equifax have had multiple discussions relating to case management issues – including formal or informal intra-district coordination of related proceedings – to address the considerable amount of case management activity that must occur before the JPML issues its ruling.

On September 29, 2017, counsel for the plaintiffs in *Cary* and this action jointly requested, with the consent of counsel for Equifax, a status conference to seek the Court's guidance on, among other issues, whether intra-district coordination is appropriate to promote efficient case management while the JPML

is considering the motions pending before it. It is Plaintiffs' understanding Equifax has or will separately request coordination of the related actions within this District as well.

Consequently, Plaintiffs believe that a stay should not be granted unless and until a decision is made on intra-district coordination. Doing otherwise will risk inconsistent rulings within this District as plaintiffs in these related cases have assuredly asserted different or inconsistent positions regarding the proposed stay. If the cases are coordinated, one uniform ruling on the motion to stay can be entered which is the more efficient sequence to address this issue. The parties have already exchanged drafts of a stipulation to stay this action and would anticipate continuing those negotiations after a decision is made regarding coordination.

For these reasons, Plaintiffs oppose an immediate stay of this action. Instead, Plaintiffs request the Court grant Equifax's motion to extend its deadline to answer or respond to the Complaint by 30 days. This will afford the parties and the Court adequate time to consider intra-district coordination without prejudicing any party or risking inconsistent rulings on Equifax's motion to stay. Plaintiffs' counsel will also continue to work on a proposed stipulation related to a stay of this matter to be entered following a determination related to intra-district coordination.

Dated: October 2, 2017


Respectfully submitted,

| **THE BARNES LAW GROUP, LLC** | **MORGAN & MORGAN COMPLEX LITIGATION GROUP** |
|---|---|
| /s/ John R. Bevis | John Yanchunis * |
| Roy E. Barnes (No. 039000) | Marisa Glassman * |
| John R. Bevis (No. 056110) | |
| J. Cameron Tribble (No. 754759) | |
| 31 Atlanta Street | 201 North Franklin Street, 7th Floor |
| Marietta, Georgia 30060 | Tampa, Florida 33602 |
| Tel.: 770-419-8505 | Tel:  (813) 223-5505 |
| Fax: 770-590-8958 | Fax:   (813) 223-5402 |
| roy@barneslawgroup.com | jyanchunis@forthepeople.com |
| bevis@barneslawgroup.com | mglassman@forthepeople.com |
| ctribble@barneslawgroup.com | |

*Attorneys for Plaintiffs and the Class*
*\* Pro Hac*

# CERTIFICATE OF SERVICE

This is to certify that I have this date filed *Plaintiffs' Response in Opposition to Defendants' Motion to Stay and in Support of Defendants' Alternative Request for an Extension of Time to Respond to the Complaint* with the Court's CM/ECF File and Serve System which will automatically serve all counsel of record.

Dated: October 2, 2017

Respectfully submitted,

| THE BARNES LAW GROUP, LLC | MORGAN & MORGAN COMPLEX LITIGATION GROUP |
|---|---|
| /s/ John R. Bevis<br>Roy E. Barnes (No. 039000)<br>John R. Bevis (No. 056110)<br>J. Cameron Tribble (No. 754759)<br>31 Atlanta Street<br>Marietta, Georgia 30060<br>Tel.: 770-419-8505<br>Fax: 770-590-8958<br>roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br>ctribble@barneslawgroup.com | John Yanchunis *<br>Marisa Glassman *<br><br>201 North Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Tel:  (813) 223-5505<br>Fax:  (813) 223-5402<br>jyanchunis@forthepeople.com<br>mglassman@forthepeople.com |

*Attorneys for Plaintiffs and the Class*
*\* Pro Hac*