IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES McGONNIGAL, et al., | |
| **Plaintiffs,** | |
| v. | 1:17-cv-3422-WSD |
| EQUIFAX, INC., | |
| **Defendant.** | |

### ORDER

This matter is before the Court on Defendant Equifax, Inc.'s ("Defendant") Motion to Stay or, in the Alternative, Motion for Extension of Time to File Answer [13] ("Motion to Stay" and "Motion in the Alternative to Extend Time," or collectively, the "Motion").

I. **BACKGROUND**

On September 7, 2017, Defendant announced a data security breach impacting the personal information of approximately 143 million U.S. consumers. Shortly thereafter, plaintiffs across the country began to file class action lawsuits against Plaintiff Equifax, Inc. ("Plaintiff") and its subsidiaries stemming from that breach. More than fifty cases, including this action, are pending in the Northern

District of Georgia.  There are currently six related cases pending before Judge William S. Duffey, Jr.[1]

On September 7, 2017, Plaintiffs filed their Complaint [1], alleging claims for negligence and negligence *per se*, willful and negligent violations of the Fair Credit Reporting Act ("FCRA"), and a violation of the Georgia Fair Business Practices Act.  On September 29, 2017, Defendant filed the Motion, seeking to stay all proceedings and deadlines in the action pending resolution of the motions for transfer and consolidation under 28 U.S.C. § 1407 that are currently pending before the Judicial Panel on Multidistrict Litigation ("JPML"), or, alternatively, asking for a thirty (30) day extension to file its answer.  This action is the only one pending before Judge Duffey in which Defendant has filed a motion seeking a stay, or, alternatively, an extension of time to answer.  Plaintiffs have stated they do not oppose Defendant's Motion in the Alternative to Extend Time.  ([14] at 2).  The Court thus grants Defendant's Motion in the Alternative to Extend Time.

---

[1]     See McGonnigal, et al.v. Equifax, Inc. (1:17-cv-03422-WSD); Manaher v. Equifax, Inc (1:17-cv-03447-WSD); Brandon v. Equifax, Inc. (1:17-cv-03454-WSD); Lipchitz v. Equifax, Inc. (1:17-cv-03457-WSD); Englert, et al. v. Equifax, Inc. (1:17-cv-03509-WSD); LaGasse et al. v. Equifax, Inc. et al. (1:17-cv-03745-WSD).

## II.   CONCLUSION

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay or, in the Alternative, Motion for Extension of Time to File Answer [13] is **GRANTED** insofar as Defendant seeks a thirty (30) day extension of time to file its answer.

**SO ORDERED** this 3rd day of October, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE