IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE; EQUIFAX, INC.,<br>CUSTOMER DATA SECURITY<br>BREACH LITIGATION | CIVIL ACTION NO.<br>1:17md2800-TWT |

O R D E R

In accordance with Case Management Order No. 2 [doc.87], filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax.

SO ORDERED, this 20th day February, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE