IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 <br> 1:17-md-2800-TWT <br><br> ALL CASES |

**ORDER**

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Motion for Clarification, or in the Alternative to Supplement the Record [Doc. 1134] of the Objectors Frank and Watkins. It is now obvious to the Court that the motivations of the Objectors in seeking to obtain the Proposed Order is to obstruct and delay resolution of the appeal while they challenge the findings in the final approval order that were personal to them. This litigation over the litigation is not in the best interests of the class or the efficient disposition of the appeal. Appellate Rule of Procedure 10(e) does not apply because the record truly discloses what occurred in the district court. The Motion for Clarification, or in the Alternative to Supplement the Record [Doc. 1134] of the Objectors Frank and Watkins is DENIED.

SO ORDERED, this 7 day of August, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\CLARIFICATION2.DOCX